UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : FRIEL v.
ADMISSION TO PRACTICE IN THIS COURT : ETERNAL CARE INC.
: 3:25-cv-01706-KM

## PETITION

I, **Anthony Paronich**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 350 Lincoln Street, Suite 2400
Hingham, MA 02043

Office Telephone: (617) 485-0018

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Massachusetts (11/23/2010), Northern District of Illinois (7/11/2018),

Eastern District of Michigan (5/2/2014), Western District of Wisconsin (10/9/2014)

My attorney Identification number is: 678437

FOR COURT USE ONLY

____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__√__ SPECIAL ADMISSION *Karoline Mehalchick*
GRANTED BY THE COURT _____    Date: 9/16/25