# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Joseph Friel** </br> *Plaintiff* </br> v. </br> **Eternal Care Inc.** </br> *Defendant* | Civil Action No. 3:25-CV-01706-KM |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ETERNAL CARE INC. in Sacramento County, CA on September 15, 2025 at 1:29 pm at 2804 Gateway Oaks Dr, Ste 100, Sacramento, CA 95833-4346 by leaving the following documents with Jae Hall who as Receptionist at Corporation Service Company is authorized by appointment or by law to receive service of process for ETERNAL CARE INC..

SUMMONS, CLASS ACTION COMPLAINT

Black or African American Female, est. age 35-44, glasses: N, Black hair, 80 lbs to 100 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=38.6165961628,-121.5165528455
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Yolo County                       ,

   CA    on   9/18/2025       .

/s/ *Seth Kinmont*
_____
Signature
Seth Kinmont
+1 (310) 623-9172



Exhibit 1a)