# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL** | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 3:25-CV-01706-KM |
| | ) |
| **ETERNAL CARE INC.** | ) |
| | ) |
| _Defendant_ | ) |

## AFFIDAVIT OF SERVICE

I, Fahd Bouksimi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ETERNAL CARE INC. in San Francisco County, CA on September 25, 2025 at 5:25 pm at 101 2nd St, Ste 500, San Francisco, CA 94105-3646 by leaving the following documents with I dropped serve because she refused to accept who as I dropped serve because she refused to accept at Rocket Lawyer is authorized by appointment or by law to receive service of process for ETERNAL CARE INC..

1783438.pdf

Additional Description:
I dropped serve / she refused to accept : I approached the address associated with "Rocket Corporate Services INC." and they have the sign displayed the name of "Rocket Lawyer" An African American female answered the door. When I stated the name of the company, she responded, "Yes, this is it." Upon informing her that I was there to serve documents, she immediately went back inside and closed the door. Before she closed it completely, I placed the documents just inside the office. Shortly after, she reopened the door and threw the documents back outside. In response, I slid the documents back under the door and then departed the premises.

Black or African American Female, est. age 55-64, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=37.7881383333,-122.399445

Photograph: See Exhibit 1

Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Santa Clara County      ,

   CA    on   9/26/2025   .

/s/ *Fahd Bouksimi*

Signature
Fahd Bouksimi
+1 (510) 230-6369









Exhibit 1d)