**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ETERNAL CARE INC.,<br><br>*Defendant*. | Case No.<br>3:25−CV−01706−KM |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: December 11th, 2025

By: */s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com